ROBERTS *v.* OVERLADE, WARDEN, ETC.

[No. 0-465. Filed March 26, 1957.]

*Charles E. Roberts, pro se.*

PER CURIAM.—This appeal must be dismissed for failure to perfect the same as required by Rule 2-2. The papers filed do not constitute a transcript.

Appeal dismissed.

NOTE.—Reported in 140 N. E. 2d 923.

CAPPS *v.* JUDGE LAKE COUNTY CRIMINAL COURT, ETC.

[No. 0-455. Filed March 26, 1957.]

*Julius F. Capps, pro se.*

PER CURIAM.—This petition for an alternative writ of mandamus must be denied for failure to prosecute the action by the proper party and for failure to comply by furnishing certified copies of the proceedings in the trial court as required by Rule 2-35.

Petition denied.

NOTE.—Reported in 141 N. E. 2d 117.